...

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| MARY K. GARCIA, | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Case No. 3:17-cv-03226-M |
| SYNCHRONY BANK d/b/a JCPENNEY | ) |
| CREDIT SERVICES, | ) |
| | ) |
| *Defendant*. | ) |

**DEFENDANT SYNCHRONY BANK'S**
**OPPOSED MOTION TO COMPEL ARBITRATION AND DISMISS**

Defendant Synchrony Bank, improperly named as Synchrony Bank d/b/a JCPenney Credit Services ("Synchrony") pursuant to Federal Rule of Civil Procedure 12(b)(1) and Sections 3 and 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16 ("FAA"), hereby moves this Court for an Order to Compel Arbitration. As set forth in Synchrony's concurrently filed memorandum of law, which Synchrony incorporates herein, Plaintiff Mary K. Garcia entered into a credit card agreement with Synchrony which contain a binding Arbitration Provision, the scope of which include the present dispute. Because Plaintiff consented to resolve her disputes with Synchrony pursuant to arbitration, this Court should compel arbitration and dismiss this lawsuit.

|  |  |
|---|---|
| Dated:  May 14, 2018 | Respectfully submitted |
|  | By: */s/ Michael H. Bernick* |

                                             Michael H. Bernick
Federal ID No. 1439063
State Bar No. 24078227
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas 77002
Telephone: 713.469.3834
Telecopier: 713.469.3899
mbernick@reedsmith.com

ATTORNEY IN-CHARGE FOR
DEFENDANT SYNCHRONY BANK

ATTORNEY IN-CHARGE FOR
DEFENDANT SYNCHRONY BANK
OF COUNSEL:

Jeffrey D. Parks
State Bar No. 24076607
DECKER JONES, P.C.
801 Cherry Street, Unit #46
Burnett Plaza, Suite 2000
Fort Worth, Texas 76102-6836
817.336.2400
817.336.2181 (Fax)
JPARKS@DECKERJONES.COM
*Attorney for Defendant Synchrony Bank*

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that on April 30, 2018 counsel for Synchrony Bank conferred with Plaintiff's counsel, Mr. Nathan Volheim, regarding the relief sought.  Counsel for Plaintiff indicated that he is opposed to the relief sought.

                                                              */s/ Michael H. Bernick*
                                                              Michael H. Bernick

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018 the foregoing document was filed electronically and served on all Parties through the Court's CM/ECF System.

Nathan C. Volheim
Taxiarchis Hatzidimitriadis
Ahmad T. Sulaiman
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Ave., Suite 200
Lombard, Illinois  60148
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
mbadwan@sulaimanlaw.com

Jason M. Katz
HIERSCHE, HAYWARD, DRAKELEY
   & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas  75001-4610
jkatz@hhdulaw.com

Jeffrey D. Parks
DECKER JONES, P.C.
801 Cherry Street, Unit #46
Burnett Plaza, Suite 2000
Fort Worth, Texas 76102-6836
JPARKS@DECKERJONES.COM

　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Bernick
　　　　　　　　　　　　　　　　　　　　Michael H. Bernick