# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| MARY K. GARCIA,<br><br>　　Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK d/b/a JCPENNY CREDIT SERVICES,<br><br>　　Defendant. | Case No.  3:17-cv-03226-M<br><br>Honorable Judge Barbara M. G. Lynn |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MARY K. GARCIA, and the Defendant, SYNCHRONY BANK, improperly named as Synchrony Bank d/b/a JCPenney Credit Services, through their respective counsel that the above-captioned action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 4, 2018				Respectfully Submitted,

**MARY K. GARCIA**					**SYNCHRONY BANK**

By: /s/ Nathan C. Volheim				By: */s/ Michael H. Bernick*

Nathan C. Volheim					Michael H. Bernick
*Counsel for Plaintiff*					Federal ID No. 1439063
Sulaiman Law Group, LTD				State Bar No. 24078227
2500 S. Highland Avenue, Suite 200			REED SMITH LLP
Lombard, Illinois 60148				811 Main Street, Suite 1700
Phone: (630) 575-8181					Houston, Texas 77002
Fax :( 630) 575-8188					Telephone: 713.469.3834
nvolheim@sulaimanlaw.com				Telecopier: 713.469.3899
							mbernick@reedsmith.com

ATTORNEY IN-CHARGE FOR
DEFENDANT SYNCHRONY BANK
OF COUNSEL:

Jeffrey D. Parks
State Bar No. 24076607
DECKER JONES, P.C.
801 Cherry Street, Unit #46
Burnett Plaza, Suite 2000
Fort Worth, Texas 76102-6836
817.336.2400
817.336.2181 (Fax)
JPARKS@DECKERJONES.COM
*Attorney for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

          s/ Nathan C. Volheim\_\_\_\_\_
          Nathan C. Volheim